IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JORDAN ELY | ) Case No. 5:24cv01109 |
| Plaintiff | ) JUDGE JOHN ADAMS |
| v. | ) **MOTION TO DROP PARTIES** |
| CITY OF AKRON, OHIO | ) |
| Defendants | ) |

Now come the Plaintiff Jordan Ely, by and through undersigned counsel, and hereby move this Honorable Court, pursuant to Fed. R. Civ. P. 21 for an Order to drop parties from this case and to mark the parties as terminated with prejudice from this action in the Court's records. Plaintiff moves to the Court to drop Officer Warren Spragg and Officer Thomas Phillips as party Defendants.

Counsel for Defendants do not oppose this Motion.

Respectfully submitted,

/s/ Imokhai Okolo
Imokhai Okolo (100277)
**THE OKOLO LAW FIRM LLC**
850 ½ W. Exchange St.
Akron, Oh 44302
Telephone: (216) 236-8857
E-Mail: iokolo@okololawfirm.com
*Attorney for Plaintiff*

Deborah S. Matz
DIRECTOR OF LAW

/s/ Brian D. Bremer
John Christopher Reece (0042573)

1

                                                Brian D. Bremer (0087363)
                                                Kirsten L. Smith (0099074)
                                                ASSISTANT DIRECTORS OF LAW
                                                172 S. Broadway St., Suite 200
                                                Akron, Ohio 44308
                                                (330) 375-2030
                                                (330) 375-2041 (fax)
                                                jreece@akronohio.gov
                                                bbremer@akronohio.gov
                                                klsmith@akronohio.gov
                                                *Attorneys for Defendants*

## PROOF OF SERVICE

This is to certify that on December 18, 2024, a true copy of the foregoing Motion to Drop Party was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

                                                /s/ Imokhai Okolo
                                                Imokhai Okolo (100277)