**Motion granted. Defendants Spragg and Phillips are hereby dismissed from this action with prejudice.**
**/s/ John R. Adams**
**U.S. District Judge**
**12/19/2024**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JORDAN ELY | ) | Case No. 5:24cv01109 |
| Plaintiff | ) | JUDGE JOHN ADAMS |
| v. | ) | **MOTION TO DROP PARTIES** |
| CITY OF AKRON, OHIO | ) | |
| Defendants | ) | |

Now come the Plaintiff Jordan Ely, by and through undersigned counsel, and hereby move this Honorable Court, pursuant to Fed. R. Civ. P. 21 for an Order to drop parties from this case and to mark the parties as terminated with prejudice from this action in the Court's records. Plaintiff moves to the Court to drop Officer Warren Spragg and Officer Thomas Phillips as party Defendants.

Counsel for Defendants do not oppose this Motion.

Respectfully submitted,

/s/ Imokhai Okolo
Imokhai Okolo (100277)
**THE OKOLO LAW FIRM LLC**
850 ½ W. Exchange St.
Akron, Oh 44302
Telephone: (216) 236-8857
E-Mail: iokolo@okololawfirm.com
*Attorney for Plaintiff*

Deborah S. Matz
DIRECTOR OF LAW

/s/ Brian D. Bremer
John Christopher Reece (0042573)

1