It is so ordered.  This matter is hereby dismissed with prejudice.
/s/ John R. Adams
U.S. District Judge
12/19/2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JORDAN ELY ) | Case No. 5:24-cv-01109 |
| ) | |
| Plaintiff ) | JUDGE JOHN R. ADAMS |
| ) | |
| v. ) | |
| ) | |
| CITY OF AKRON, et al. ) | **STIPULATION OF DISMISSAL** |
| ) | |
| Defendants ) | |

Now come the Plaintiff Jordan Ely and Defendant City of Akron and having agreed upon terms of a Settlement and Release Agreement, hereby file this stipulation of dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii). The dismissal is with prejudice.

Respectfully submitted,

/s/ Imokhai Okolo
Imokhai Okolo (100277)
**THE OKOLO LAW FIRM LLC**
850 ½ W. Exchange St.
Akron, Oh 44302
Telephone: (216) 236-8857
E-Mail: iokolo@okololawfirm.com
*Attorney for Plaintiffs*

Deborah S. Matz
DIRECTOR OF LAW

/s/ Kristen L. Smith
John Christopher Reece (0042573)
Brian D. Bremer (0087363)
Kirsten L. Smith (0099074)
ASSISTANT DIRECTORS OF LAW
172 S. Broadway St., Suite 200
Akron, Ohio 44308
(330) 375-2030
(330) 375-2041 (fax)
jreece@akronohio.gov

1